IRVING L. W. SAPERSTON, Plaintiff, v. HERMAN L. PETERS, Defendant.— Defendant's exceptions overruled, motion for a new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ELIAS SOMMERER, Respondent, v. JAY D. HARRIGAN, Defendant, and FREDERICK REININGER, Appellant.— Order affirmed, with ten dollars costs and disbursements All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CELIA WALTERS, Appellant, v. JOHN REINHOUDT, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ. [130 Misc. 745.]

ARCHIE S. LANE and GEORGE S. KIRBY, Respondents, v. ROBERT S. DENISE and DELL G. DENISE, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WILLIAM D. BARNES, Respondent, v. S. C. PARKER & Co., INC., Appellant.* Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE BALTIMORE-AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. THE TRAVELERS FIRE INSURANCE COMPANY, HARTFORD, CONNECTICUT, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ALICE H. R. LOOMIS, Respondent, v. CHARLES T. WILLS, INC., Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WINFIELD CUPP, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.